IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

MAR 2 8 2008

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN RE: )
)
SPECIAL CONDITION OF ) G.O. NO. 08-6
PROBATION AND SUPERVISED )
RELEASE )

### ORDER

**IT IS THE ORDER** of the Court that the following conditions entitled "Special Computer Restriction and Monitoring Conditions" shall apply to all persons placed on probation or supervised release when deemed reasonable and specifically ordered by the Court based on the nature and circumstances of the instant offense and the defendant's history and characteristics and recognized rehabilitative concern or need to protect the community. The Special Computer Restriction and Monitoring Conditions shall read as follows:

1. The defendant shall disclose all e-mail accounts, Internet connections and Internet connection devices, including screen names and passwords, to the probation officer; and shall immediately advise the probation officer of any changes in his or her e-mail accounts, connections, devices, or passwords.

2. The probation officer shall have authority to monitor all computer activity, to include all e-mail or Internet connections, to include but not limited to installation of remote monitoring software. Unless waived by the probation officer, the cost of remote monitoring software shall be paid by the defendant.

3. The defendant shall not access any on-line service using an alias, or access any on-line service using the Internet account, name, or designation of another person or entity; and report immediately to the probation officer access to any Internet site containing prohibited material.

4. The defendant is prohibited from using any form of encryption, cryptography, stenography, compression, password-protected files or other methods that limit access to, or change the appearance of, data and/or images.

5. The defendant is prohibited from altering or destroying records of computer use, including the use of software or functions designed to alter, clean or "wipe" computer media, block monitoring software, or restore a computer to a previous state.

6. If instructed, the defendant shall provide all personal and business telephone records and credit card statements to the probation officer.

IT IS SO ORDERED this 28th day of March 2008.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
U. S. DISTRICT COURT

_____
TERENCE KERN
U. S. DISTRICT JUDGE

_____
GREGORY K. FRIZZELL
U.S. DISTRICT JUDGE

_____
JAMES H. PAYNE
U.S. DISTRICT JUDGE