UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JUL 1 4 2008

Phil Lombardi, Clerk
U.S. DISTRICT COURT

ORDER ON DIVISION OF CIVIL AND ) GO - 08- 14
CRIMINAL CASES )

## GENERAL ORDER

    IT IS HEREBY ORDERED that pursuant to the request of Senior Judge H. Dale Cook to be removed from the criminal case assignment draw, the Clerk of Court is directed to assign civil, criminal and death penalty cases as follows:

|                | **Civil Cases** | **Death Penalty** | **Criminal Cases** |
|----------------|-----------------|-------------------|--------------------|
| Judge Eagan    | 22 cases in 77  | 2 cases in 7      | 4 cases in 14      |
| Judge Kern     | 22 cases in 77  | 2 cases in 7      | 4 cases in 14      |
| Judge Frizzell | 22 cases in 77  | 2 cases in 7      | 4 cases in 14      |
| Judge Payne    | 11 cases in 77  | 1 cases in 7      | 2 cases in 14      |

IT IS SO ORDERED THIS 14th day of July, 2008.

_____
Claire V. Eagan, Chief Judge
United States District Court

_____
Terence C. Kern, Judge
United States District Court

_____
Gregory K. Frizzell, Judge
United States District Court

_____
James H. Payne, Judge
United States District Court