**FILED**
OCT 1 0 2008
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

ORDER ON THE DIVISION OF       )
CIVIL AND CRIMINAL CASES       )          GO 08-16

## GENERAL ORDER

For purposes of efficient caseload management, the Court hereby assigns criminal cases according to the number of defendants at the time of the original indictment. Criminal case assignments A involve four or fewer defendants. Criminal case assignments B involve five or more defendants.

ACCORDINGLY, IT IS HEREBY ORDERED that the Clerk is directed to assign Civil, Criminal and Death Penalty cases as set forth below.

|  | **Civil** | **Death Penalty** | **Criminal A** | **Criminal B** |
|---|---|---|---|---|
| Judge Eagan | 22 in 77 | 2 in 7 | 4 in 14 | 10 in 35 |
| Judge Kern | 22 in 77 | 2 in 7 | 4 in 14 | 10 in 35 |
| Judge Frizzell | 22 in 77 | 2 in 7 | 4 in 14 | 10 in 35 |
| Judge Payne | 11 in 77 | 1 in 7 | 2 in 14 | 5 in 35 |

IT IS SO ORDERED THIS 10th day of October, 2008.

_____
CLAIRE V. EAGAN, Chief Judge
United States District Court

_____
TERENCE C. KERN, Judge
United States District Court

_____
GREGORY K. FRIZZELL, Judge
United States District Court

_____
JAMES H. PAYNE, Judge
United States District Court